RECEIVED

AUG 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER S. CALLAHAN | CIVIL ACTION NO. 06-561 |
| VERSUS | JUDGE DOHERTY |
| GULF LOGISTICS, LLC, ET AL | MAGISTRATE JUDGE HILL |

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, I hereby disqualify myself from the handling of the referenced proceeding. The Clerk of Court is hereby directed to erase the case from the undersigned's docket and to transfer the same to Chief Judge Richard T. Haik for reassignment. All pending motions, pre-trial and trial dates are continued and will be reset by the judge to whom the case will be assigned.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 24 day of August, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 8-27-07
BY CK
TO Ratt/ab