**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

| | |
|---|---|
| CHRISTOPHER S. CALLAHAN | CIVIL ACTION NO. 06-00561 |
| VERSUS | JUDGE DONALD E. WALTER |
| GULF LOGISTICS LLC et al | MAG. JUDGE WHITEHURST |

---

# JUDGMENT

This matter came before the Court for a bench trial, beginning on October 23, 2017. Consistent with the findings of fact and conclusions of law issued contemporaneously herewith, the Court hereby **DENIES AND DISMISSES WITH PREJUDICE** all claims for personal injury and other losses made herein, by or on behalf of Plaintiff Christopher S. Callahan, and hereby **DISMISSES WITH PREJUDICE** the complaint in intervention filed herein, by or on behalf of Cameron International Corporation and Liberty Mutual Insurance Company. Each party shall bear its own costs and attorneys' fees.

The clerk of court is hereby requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of November, 2017.

Donald E. Walter

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE